# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
Shabbir Samiwala § Case No. 14-35811
Zeenat Samiwala §
§
§
Debtors §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/01/2014 . The undersigned trustee was appointed on 10/01/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554 except that the trustee reserves, pursuant to 11 U.S.C. section 554(c), the estate's interest in the following: Asset #11 (1998 Mercury Mountaineer With 141000 Miles) KBB number is value.  Insufficient funds in this vehicle to administer.; Asset #13 (IL Treasurer-unclaimed property)  The filing of the Trustee's Final Report shall not be deemed an abandonment of the estate's interest in this asset. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of           $         3,906.00

    Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 70.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |

|   |   |   |
|---|---|---|
| Other payments to the debtor |   | 0.00 |
| Leaving a balance on hand of[1] | $ | 3,836.00 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 03/26/2015 and the deadline for filing governmental claims was 03/30/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 976.50. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 976.50, for a total compensation of $ 976.50 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00, and now requests reimbursement for expenses of $ 54.81, for total expenses of $ 54.81 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/04/2016            By: /s/Cindy M. Johnson
                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 14-35811 | BWB | Judge: | Bruce W. Black | Trustee Name: | Cindy M. Johnson |
|---|---|---|---|---|---|---|
| Case Name: | Shabbir Samiwala | | | | Date Filed (f) or Converted (c): | 10/01/2014 (f) |
| | Zeenat Samiwala | | | | 341(a) Meeting Date: | 10/30/2014 |
| For Period Ending: | 02/04/2016 | | | | Claims Bar Date: | 03/26/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 178 Fox Bend Circle, Bolingbrook Il 60440 | 238,000.00 | 0.00 | | 0.00 | FA |
| 2. 8812 Dee Road, Unit B, Des Plaines, Il 60016 | 160,000.00 | 0.00 | | 0.00 | FA |
| 3. Mb Financial Checking Account | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. Bank Of America Checking | 12.28 | 0.00 | | 0.00 | FA |
| 5. Dining Room Set, 4 Beds, 3 Dressers, 3 Couches, 1 Loveseat, | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Collection Of International Coins | 100.00 | 0.00 | | 250.00 | FA |
| 7. Two Ordinary Adult Supplies | 500.00 | 0.00 | | 0.00 | FA |
| 8. Gold Jewelry | 1,500.00 | 0.00 | | 250.00 | FA |
| 9. Pension Through Sun Times Credit Union (Unable To Receive Fo | Unknown | 0.00 | | 0.00 | FA |
| 10. 2005 Mercury Montego With 102000 Miles | 3,233.00 | 0.00 | | 0.00 | FA |
| 11. 1998 Mercury Mountaineer With 141000 Miles | 943.00 | 0.00 | | 0.00 | FA |
| 12. 2008 Infinity G35 (Debtors incorrectly listed it as a 2007) | 13,000.00 | 0.00 | | 3,400.00 | FA |
| 13. IL Treasurer-unclaimed property (u) | 0.00 | 6.00 | | 6.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $419,288.28 | $6.00 | | $3,906.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Exhibit A

| | | | |
|---|---|---|---|
| RE PROP # | 6 | -- | 1/11/16. Debtors bought back estate's interest of $2,500.00 in this asset. Trustee will be filing a motion to approve. |
| RE PROP # | 8 | -- | 1/11/16 preparing a motion to approve debtor buyout of estate's interest. |
| RE PROP # | 12 | -- | 1/11/16 Debtors bought back estate's interest of $3,400.00 in this asset. Trustee will be filing a motion to approve. |
| RE PROP # | 13 | -- | Monies held by the Illinois Treasurer - unclaimed property division |

Initial Projected Date of Final Report (TFR): 12/11/2016     Current Projected Date of Final Report (TFR): 12/11/2016

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 14-35811 | Trustee Name: | Cindy M. Johnson |
| --- | --- | --- | --- |
| Case Name: | Shabbir Samiwala | Bank Name: | Bank of Kansas City |
| | Zeenat Samiwala | Account Number/CD#: | XXXXXX0099 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX5198 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 02/04/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/26/15 | | Mustafa Samiwala<br>178 Fox Bend Circle<br>Bolingbrook, IL 60440 | Buy out interest in the estate | | $3,900.00 | | $3,900.00 |
| | | | Gross Receipts           $3,900.00 | | | | |
| | 6 | | Collection Of International Coins           $250.00 | 1129-000 | | | |
| | 8 | | Gold Jewelry           $250.00 | 1129-000 | | | |
| | 12 | | 2008 Infinity G35 (Debtors incorrectly listed it as a 2007)           $3,400.00 | 1129-000 | | | |
| 06/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,890.00 |
| 07/31/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,880.00 |
| 08/31/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,870.00 |
| 09/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,860.00 |
| 10/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,850.00 |
| 11/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,840.00 |
| 12/31/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,830.00 |
| 01/05/16 | 13 | Leslie Geissler Munger<br>Comptroller - State of Illlinois<br>325 West Adams Street<br>Springfield, IL 62704-1871 | IL Treasurer-unclaimed property<br>Monies held by the Illinois Treasurer - unclaimed property division | 1229-000 | $6.00 | | $3,836.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*                    Page Subtotals:                    $3,906.00                    $70.00

| | | |
|---|---:|---:|
| COLUMN TOTALS | $3,906.00 | $70.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $3,906.00 | $70.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $3,906.00 | $70.00 |

Exhibit B

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0099 - Checking | $3,906.00 | $70.00 | $3,836.00 |
|  | $3,906.00 | $70.00 | $3,836.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $3,906.00 |
| Total Gross Receipts: | $3,906.00 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 14-35811  
Debtor Name: Shabbir Samiwala  
Claims Bar Date: 3/26/2015

Date: February 4, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Cindy M. Johnson<br>140 S. Dearborn St., Suite 1510<br>Chicago, Illinois 60603 | Administrative | | $0.00 | $976.50 | $976.50 |
| 100 2200 | Cindy M. Johnson<br>140 S. Dearborn St., Suite 1510<br>Chicago, Illinois 60603 | Administrative | | $0.00 | $54.81 | $54.81 |
| 1 300 7100 | Capital Recovery V, Llc<br>C/O Recovery Management<br>Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Unsecured | | $0.00 | $183.94 | $183.94 |
| 2 300 7100 | American Express Bank, Fsb<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Unsecured | | $0.00 | $4,712.03 | $4,712.03 |
| 3 300 7100 | Synchrony Bank<br>C/O Recovery Management<br>Systems Corp<br>25 Se 2Nd Ave Suite 1120<br>Miami Fl 33131-1605 | Unsecured | | $0.00 | $2,594.39 | $2,594.39 |
| 4 300 7100 | American Express Centurion Bank<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Unsecured | | $0.00 | $928.28 | $928.28 |
| 5 300 7100 | Pyod, Llc Its Successors And<br>Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Unsecured | | $0.00 | $7,561.09 | $7,561.09 |
| 6 300 7100 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Unsecured | | $0.00 | $669.33 | $669.33 |
| 7 300 7100 | Cavalry Spv I, Llc<br>Bass & Associates, P.C.<br>3936 E Ft. Lowell Road Suite #200<br>Tucson, Az 85712 | Unsecured | | $0.00 | $1,780.45 | $1,780.45 |
| | Case Totals | | | $0.00 | $19,460.82 | $19,460.82 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 1   Printed: February 4, 2016

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 14-35811  
Debtor Name: Shabbir Samiwala  
Claims Bar Date: 3/26/2015

Date: February 4, 2016

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-35811
Case Name: Shabbir Samiwala
             Zeenat Samiwala
Trustee Name: Cindy M. Johnson

   Balance on hand              $   3,836.00

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Cindy M. Johnson Expened on the motion to approve debtor buyout: $20.01 in postage and $34.80 for copies (6 pages, 29 copies, 20 cents per page). | $ 976.50 | $ 0.00 | $ 976.50 |
| Trustee Expenses: Cindy M. Johnson | $ 54.81 | $ 0.00 | $ 54.81 |

  Total to be paid for chapter 7 administrative expenses    $   1,031.31

  Remaining Balance               $   2,804.69

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

  Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 18,429.51 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 15.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital Recovery V, Llc | $ 183.94 | $ 0.00 | $ 27.99 |
| 2 | American Express Bank, Fsb | $ 4,712.03 | $ 0.00 | $ 717.10 |
| 3 | Synchrony Bank | $ 2,594.39 | $ 0.00 | $ 394.83 |
| 4 | American Express Centurion Bank | $ 928.28 | $ 0.00 | $ 141.27 |
| 5 | Pyod, Llc Its Successors And Assigns As Assignee | $ 7,561.09 | $ 0.00 | $ 1,150.68 |
| 6 | Discover Bank | $ 669.33 | $ 0.00 | $ 101.86 |
| 7 | Cavalry Spv I, Llc | $ 1,780.45 | $ 0.00 | $ 270.96 |
| | Total to be paid to timely general unsecured creditors | | | $ 2,804.69 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

 Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

 Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE