# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Shabbir Samiwala | § | Case No. 14-35811 |
| Zeenat Samiwala | § | |
| | § | |
| | § | |
| Debtors | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Cindy M. Johnson, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
>    219 S. Dearborn Street
>    Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:00 AM on 03/04/2016 in Courtroom ,
>    Second Floor
>    Joliet City Hall Building
>    150 West Jefferson Street
>    Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/04/2016                  By: /s/ Cindy M. Johnson
                                                                             Chapter 7 Trustee

*Cindy M. Johnson*
*140 S. Dearborn St.*
*Suite 1510*
*Chicago, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
Shabbir Samiwala § Case No. 14-35811
Zeenat Samiwala §
§
Debtors §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 3,906.00 |
| and approved disbursements of | $ | 70.00 |
| leaving a balance on hand of[1] | $ | 3,836.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Cindy M. Johnson Expened on the motion to approve debtor buyout: $20.01 in postage and $34.80 for copies (6 pages, 29 copies, 20 cents per page). | $ 976.50 | $ 0.00 | $ 976.50 |
| Trustee Expenses: Cindy M. Johnson | $ 54.81 | $ 0.00 | $ 54.81 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,031.31 |
| Remaining Balance | | $ | 2,804.69 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 18,429.51 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 15.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital Recovery V, Llc | $ 183.94 | $ 0.00 | $ 27.99 |
| 2 | American Express Bank, Fsb | $ 4,712.03 | $ 0.00 | $ 717.10 |
| 3 | Synchrony Bank | $ 2,594.39 | $ 0.00 | $ 394.83 |
| 4 | American Express Centurion Bank | $ 928.28 | $ 0.00 | $ 141.27 |
| 5 | Pyod, Llc Its Successors And Assigns As Assignee | $ 7,561.09 | $ 0.00 | $ 1,150.68 |
| 6 | Discover Bank | $ 669.33 | $ 0.00 | $ 101.86 |
| 7 | Cavalry Spv I, Llc | $ 1,780.45 | $ 0.00 | $ 270.96 |
| | Total to be paid to timely general unsecured creditors | | | $ 2,804.69 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Cindy M. Johnson
Chapter 7 Trustee

*Cindy M. Johnson*
*140 S. Dearborn St.*
*Suite 1510*
*Chicago, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                         United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                          Case No. 14-35811-BWB
Shabbir Samiwala                                                Chapter 7
Zeenat Samiwala
          Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: mrahmoun              Page 1 of 2                  Date Rcvd: Feb 05, 2016
                              Form ID: pdf006             Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 07, 2016.
db/jdb         +Shabbir Samiwala,    Zeenat Samiwala,    178 Fox Bend Circle,   Bolingbrook, IL 60440-3277
22472899       +Adventist Bolingbrook Hospital,     500 Remington Blvd,    Bolingbrook, IL 60440-4988
22472900       +Advocate Medical Group,    c/o Illinois Collection Service,    PO Box 1010,
                 Tinley Park, IL 60477-9110
22472901        American Express,   c/o Nationwide Credit,    PO Box 26314,    Lehigh Valley, PA 18002-6314
22472902        American Express,   Customer Service,    PO Box 981535,    El Paso, TX 79998-1535
23044708        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
23049612        American Express Centurion Bank,     c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
22472903       ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:   Bank of America,    PO Box 982235,    El Paso, TX 79998-2235)
22472904       #Capital One,    PO Box 5893,   Carol Stream, IL 60197-5893
23079691       +Cavalry SPV I, LLC,    Bass & Associates, P.C.,    3936 E Ft. Lowell Road Suite #200,
                 Tucson, AZ 85712-1083
22472905        Chase,   PO Box 15298,    Wilmington, DE 19850-5298
22472906       +Citibank NA,   c/o Northland Group,    PO Box 390905,    Minneapolis, MN 55439-0905
22472908        Discover Card,   c/o Client Services,    3451 Harry S Truman Blvd,
                 Saint Charles, MO 63301-4047
22472909       +Illinois Emergency Medicine,    PO Box 366,    Hinsdale, IL 60522-0366
22472910       +Infiniti Financial Services,    Swanson Martin & Bell LLP,    2525 Cabot Drive, Suite 204,
                 Lisle, IL 60532-3628
22472911       +Malcolm S Gerald and Assoc,    332 S Michigan Ave Suite 600,    Chicago, IL 60604-4318
22472912       +Sears CBNA,    PO Box 6283,   Sioux Falls, SD 57117-6283
22472913        Suburban Radiologists,    1446 Momentum Place,    Chicago, IL 60689-5314
22472915       #+TCF Bank,   801 Marquette Ave,    Minneapolis, MN 55402-3475
22472916       +Village of Bolingbrook,    PO Box 88850,    Carol Stream, IL 60188-0850

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22970936         E-mail/PDF: rmscedi@recoverycorp.com Feb 06 2016 00:22:51     Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
22472907       +E-mail/Text: bankruptcynotices@aurora-il.org Feb 06 2016 00:28:25      City of Aurora,
                 44 Downer Place,   Aurora, IL 60505-3302
23069233         E-mail/Text: mrdiscen@discover.com Feb 06 2016 00:26:40     Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH 43054-3025
23058437       +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 06 2016 00:23:22
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
22472914       +E-mail/PDF: gecsedi@recoverycorp.com Feb 06 2016 00:32:11     SYNCBMeijer,   PO Box 965005,
                 Orlando, FL 32896-5005
23049087         E-mail/PDF: gecsedi@recoverycorp.com Feb 06 2016 00:23:02     Synchrony Bank,
                 c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2016                                Signature: /s/Joseph Speetjens

```
District/off: 0752-1          User: mrahmoun              Page 2 of 2            Date Rcvd: Feb 05, 2016
                              Form ID: pdf006             Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 4, 2016 at the address(es) listed below:
              Alonzo H Zahour    on behalf of Debtor 2 Zeenat  Samiwala ahzlawyer@aol.com
              Alonzo H Zahour    on behalf of Debtor 1 Shabbir  Samiwala ahzlawyer@aol.com
              Cindy M. Johnson    on behalf of Trustee Cindy M. Johnson cmjtrustee@jnlegal.net,
               cjohnson@ecf.epiqsystems.com
              Cindy M. Johnson    cmjtrustee@jnlegal.net,   cjohnson@ecf.epiqsystems.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Ross W Bartolotta    on behalf of Creditor   Infiniti Financial Services rbartolo@smbtrials.com
                                                                                                 TOTAL: 6
```