UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Shabbir Samiwala | § | Case No. 14-35811 |
| Zeenat Samiwala | § | |
| | § | |
| | § | |
| Debtors | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Cindy M. Johnson, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 398,000.00                           Assets Exempt: 8,288.28
*(Without deducting any secured claims)*


Total Distributions to Claimants: 2,804.69             Claims Discharged
                                                       Without Payment:  547,067.58


Total Expenses of Administration: 1,101.31

---

3) Total gross receipts of $ 3,906.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 3,906.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 492,883.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,101.31 | 1,101.31 | 1,101.31 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 54,625.79 | 18,429.51 | 18,429.51 | 2,804.69 |
| **TOTAL DISBURSEMENTS** | $ 547,508.79 | $ 19,530.82 | $ 19,530.82 | $ 3,906.00 |

4)  This case was originally filed under chapter 7 on 10/01/2014 . The case was pending for 22 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  07/10/2016              By:/s/Cindy M. Johnson
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2008 Infinity G35 (Debtors incorrectly listed it as a 2007) | 1129-000 | 3,400.00 |
| Collection Of International Coins | 1129-000 | 250.00 |
| Gold Jewelry | 1129-000 | 250.00 |
| IL Treasurer-unclaimed property | 1229-000 | 6.00 |
| TOTAL GROSS RECEIPTS | | $3,906.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ NA |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Infiniti Financial Services 990 W 190th St Torrance, CA 90502 | | 11,000.00 | NA | NA | 0.00 |
| | TCF Bank 801 Marquette Ave Minneapolis, MN 55402 | | 213,883.00 | NA | NA | 0.00 |
| | TCF Bank 801 Marquette Avenue Minneapolis, MN 55402 | | 268,000.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 492,883.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Cindy M. Johnson | 2100-000 | NA | 976.50 | 976.50 | 976.50 |
| Cindy M. Johnson | 2200-000 | NA | 54.81 | 54.81 | 54.81 |
| Bank of Kansas City | 2600-000 | NA | 70.00 | 70.00 | 70.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 1,101.31** | **$ 1,101.31** | **$ 1,101.31** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Adventist Bolingbrook Hospital 500 Remington Blvd Bolingbrook, IL 60440 | | 2,700.00 | NA | NA | 0.00 |
| | Advocate Medical Group c/o Illinois Collection Service PO Box 1010 Tinley Park, IL 60477 | | 88.00 | NA | NA | 0.00 |
| | Bank of America PO Box 982235 El Paso, TX 79998-2235 | | 1,801.77 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One PO Box 5893 Carol Stream, IL 60197-5893 | | 1,826.80 | NA | NA | 0.00 |
| | Chase PO Box 15298 Wilmington, DE 19850-5298 | | 6,496.00 | NA | NA | 0.00 |
| | Chase PO Box 15298 Wilmington, DE 19850-5298 | | 2,056.00 | NA | NA | 0.00 |
| | Chase PO Box 15298 Wilmington, DE 19850-5298 | | 3,465.00 | NA | NA | 0.00 |
| | Chase PO Box 15298 Wilmington, DE 19850-5298 | | 11,356.00 | NA | NA | 0.00 |
| | City of Aurora 44 Downer Place Aurora, IL 60505 | | 200.00 | NA | NA | 0.00 |
| | Illinois Emergency Medicine PO Box 366 Hinsdale, IL 60522 | | 1,617.00 | NA | NA | 0.00 |
| | Sears CBNA PO Box 6283 Sioux Falls, SD 57117 | | 6,667.00 | NA | NA | 0.00 |
| | Suburban Radiologists 1446 Momentum Place Chicago, IL 60689-5314 | | 186.19 | NA | NA | 0.00 |
| | Village of Bolingbrook PO Box 88850 Carol Stream, IL 60188 | | 100.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | American Express Bank, Fsb | 7100-000 | 4,712.03 | 4,712.03 | 4,712.03 | 717.10 |
| 4 | American Express Centurion Bank | 7100-000 | 952.46 | 928.28 | 928.28 | 141.27 |
| 1 | Capital Recovery V, Llc | 7100-000 | NA | 183.94 | 183.94 | 27.99 |
| 7 | Cavalry Spv I, Llc | 7100-000 | NA | 1,780.45 | 1,780.45 | 270.96 |
| 6 | Discover Bank | 7100-000 | 577.73 | 669.33 | 669.33 | 101.86 |
| 5 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 7,395.81 | 7,561.09 | 7,561.09 | 1,150.68 |
| 3 | Synchrony Bank | 7100-000 | 2,428.00 | 2,594.39 | 2,594.39 | 394.83 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 54,625.79 | $ 18,429.51 | $ 18,429.51 | $ 2,804.69 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 14-35811 | BWB | Judge: | Bruce W. Black | Trustee Name: | Cindy M. Johnson |
|---|---|---|---|---|---|---|
| Case Name: | Shabbir Samiwala | | | | Date Filed (f) or Converted (c): | 10/01/2014 (f) |
| | Zeenat Samiwala | | | | 341(a) Meeting Date: | 10/30/2014 |
| For Period Ending: | 07/10/2016 | | | | Claims Bar Date: | 03/26/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 178 Fox Bend Circle, Bolingbrook Il 60440 | 238,000.00 | 0.00 | | 0.00 | FA |
| 2. 8812 Dee Road, Unit B, Des Plaines, Il 60016 | 160,000.00 | 0.00 | | 0.00 | FA |
| 3. Mb Financial Checking Account | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. Bank Of America Checking | 12.28 | 0.00 | | 0.00 | FA |
| 5. Dining Room Set, 4 Beds, 3 Dressers, 3 Couches, 1 Loveseat, | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Collection Of International Coins | 100.00 | 0.00 | | 250.00 | FA |
| 7. Two Ordinary Adult Supplies | 500.00 | 0.00 | | 0.00 | FA |
| 8. Gold Jewelry | 1,500.00 | 0.00 | | 250.00 | FA |
| 9. Pension Through Sun Times Credit Union (Unable To Receive Fo | Unknown | 0.00 | | 0.00 | FA |
| 10. 2005 Mercury Montego With 102000 Miles | 3,233.00 | 0.00 | | 0.00 | FA |
| 11. 1998 Mercury Mountaineer With 141000 Miles | 943.00 | 0.00 | | 0.00 | FA |
| 12. 2008 Infinity G35 (Debtors incorrectly listed it as a 2007) | 13,000.00 | 0.00 | | 3,400.00 | FA |
| 13. IL Treasurer-unclaimed property (u) | 0.00 | 6.00 | | 6.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $419,288.28 | $6.00 | | $3,906.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Exhibit 8

| | | | |
|---|---|---|---|
| RE PROP # | 6 | -- | 1/11/16. Debtors bought back estate's interest of $2,500.00 in this asset. Trustee will be filing a motion to approve. |
| RE PROP # | 8 | -- | 1/11/16 preparing a motion to approve debtor buyout of estate's interest. |
| RE PROP # | 12 | -- | 1/11/16 Debtors bought back estate's interest of $3,400.00 in this asset. Trustee will be filing a motion to approve. |
| RE PROP # | 13 | -- | Monies held by the Illinois Treasurer - unclaimed property division |

Initial Projected Date of Final Report (TFR): 12/11/2016      Current Projected Date of Final Report (TFR): 12/11/2016

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-35811 | Trustee Name: | Cindy M. Johnson |
|---|---|---|---|
| Case Name: | Shabbir Samiwala | Bank Name: | Bank of Kansas City |
|  | Zeenat Samiwala | Account Number/CD#: | XXXXXX0099 |
|  |  |  | Checking |
| Taxpayer ID No: | XX-XXX5198 | Blanket Bond (per case limit): | $55,728,000.00 |
| For Period Ending: | 07/10/2016 | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/26/15 |  | Mustafa Samiwala<br>178 Fox Bend Circle<br>Bolingbrook, IL 60440 | Buy out interest in the estate |  | $3,900.00 |  | $3,900.00 |
|  |  |  | Gross Receipts    $3,900.00 |  |  |  |  |
|  | 6 |  | Collection Of International Coins    $250.00 | 1129-000 |  |  |  |
|  | 8 |  | Gold Jewelry    $250.00 | 1129-000 |  |  |  |
|  | 12 |  | 2008 Infinity G35 (Debtors incorrectly listed it as a 2007)    $3,400.00 | 1129-000 |  |  |  |
| 06/30/15 |  | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $10.00 | $3,890.00 |
| 07/31/15 |  | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $10.00 | $3,880.00 |
| 08/31/15 |  | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $10.00 | $3,870.00 |
| 09/30/15 |  | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $10.00 | $3,860.00 |
| 10/30/15 |  | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $10.00 | $3,850.00 |
| 11/30/15 |  | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $10.00 | $3,840.00 |
| 12/31/15 |  | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $10.00 | $3,830.00 |
| 01/05/16 | 13 | Leslie Geissler Munger Comptroller - State of Illinois<br>325 West Adams Street<br>Springfield, IL 62704-1871 | IL Treasurer-unclaimed property<br>Monies held by the Illinois Treasurer - unclaimed property division | 1229-000 | $6.00 |  | $3,836.00 |
|  |  |  | Page Subtotals: |  | $3,906.00 | $70.00 |  |

UST Form 101-7-TDR (10/1/2010)   (Page: 10)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 14-35811 | Trustee Name: | Cindy M. Johnson | |
| Case Name: | Shabbir Samiwala | Bank Name: | Bank of Kansas City | |
| | Zeenat Samiwala | Account Number/CD#: | XXXXXX0099 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX5198 | Blanket Bond (per case limit): | $55,728,000.00 | |
| For Period Ending: | 07/10/2016 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/18/16 | 101 | Adams Levine<br>370 Lexington Ave.<br>Suite 1101<br>New York, NY 10017 | 2016 Blanket Bond Reversal Check Voided due to miscalculation of premium amount | 2300-000 | | ($2.22) | $3,838.22 |
| 02/18/16 | 101 | Adams Levine<br>370 Lexington Ave.<br>Suite 1101<br>New York, NY 10017 | 2016 Blanket Bond | 2300-000 | | $2.22 | $3,836.00 |
| 03/04/16 | 102 | Cindy M. Johnson<br>140 S. Dearborn St., Suite 1510<br>Chicago, Illinois 60603 | Distribution | | | $1,031.31 | $2,804.69 |
| | | Cindy M. Johnson | Final distribution representing a payment of 100.00 % per court order. ($976.50) | 2100-000 | | | |
| | | Cindy M. Johnson | Final distribution representing a payment of 100.00 % per court order. ($54.81) | 2200-000 | | | |
| 03/04/16 | 103 | Capital Recovery V, Llc<br>C/O Recovery Management Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Final distribution to claim 1 representing a payment of 15.22 % per court order. | 7100-000 | | $27.99 | $2,776.70 |
| 03/04/16 | 104 | American Express Bank, Fsb<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim 2 representing a payment of 15.22 % per court order. | 7100-000 | | $717.10 | $2,059.60 |
| 03/04/16 | 105 | Synchrony Bank<br>C/O Recovery Management Systems Corp<br>25 Se 2Nd Ave Suite 1120<br>Miami Fl 33131-1605 | Final distribution to claim 3 representing a payment of 15.22 % per court order. | 7100-000 | | $394.83 | $1,664.77 |
| 03/04/16 | 106 | American Express Centurion Bank<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim 4 representing a payment of 15.22 % per court order. | 7100-000 | | $141.27 | $1,523.50 |
| | | | Page Subtotals: | | $0.00 | $2,312.50 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 14-35811 | |
| Case Name: | Shabbir Samiwala | |
| | Zeenat Samiwala | |
| Taxpayer ID No: | XX-XXX5198 | |
| For Period Ending: | 07/10/2016 | |

| | | |
|---|---|---|
| Trustee Name: | Cindy M. Johnson | |
| Bank Name: | Bank of Kansas City | |
| Account Number/CD#: | XXXXXX0099 | |
| | Checking | |
| Blanket Bond (per case limit): | $55,728,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/04/16 | 107 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 5 representing a payment of 15.22 % per court order. | 7100-000 | | $1,150.68 | $372.82 |
| 03/04/16 | 108 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Final distribution to claim 6 representing a payment of 15.22 % per court order. | 7100-000 | | $101.86 | $270.96 |
| 03/04/16 | 109 | Cavalry Spv I, Llc<br>Bass & Associates, P.C.<br>3936 E Ft. Lowell Road Suite #200<br>Tucson, Az 85712 | Final distribution to claim 7 representing a payment of 15.22 % per court order. | 7100-000 | | $270.96 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $3,906.00 | $3,906.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $3,906.00 | $3,906.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $3,906.00 | $3,906.00 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $1,523.50 |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0099 - Checking | $3,906.00 | $3,906.00 | $0.00 |
|  | $3,906.00 | $3,906.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| **Total Net Deposits:** | **$3,906.00** |
| Total Gross Receipts: | $3,906.00 |

Page Subtotals:     $0.00     $0.00

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*